**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------X
UNITED STATES OF AMERICA,  :
                                :
                                :      **20 CR 452(VM)**
      -against-          :      **ORDER**
                                :
EDWIN CRUZ,                :
                                :
              Defendant.    :
----------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

    The sentencing currently scheduled for Friday, May 21, 2021 at 12:00 p.m. shall proceed via teleconference in light of the ongoing public health emergency. The parties are directed to use the dial-in number 888-363-4749, with access code 8392198.

**SO ORDERED.**

Dated: New York, New York
       18 May 2021

_/s/ Victor Marrero_
Victor Marrero
U.S.D.J.